# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 15-5169**                                  September Term, 2015

1:93-cv-00324-BAH
1:92-cv-02288-BAH

Filed On: September 8, 2015 [1571880]

William G. Moore, Jr.,

    Appellant

  v.

Michael Hartman, et al.,

    Appellees

------------------------------

Consolidated with 15-5171

## O R D E R

Upon consideration of the stipulation for dismissal of these appeals, it is

**ORDERED** that the Clerk note on the docket that these cases are dismissed. No mandate will issue.

                                        **FOR THE COURT:**
                                        Mark J. Langer, Clerk

                    BY:    /s/
                                        Mark A. Butler
                                        Deputy Clerk